# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Eustaquio Moraga,<br>a.k.a.: Eustaquio Morago,<br>a.k.a.: Jose Luna Durazo,<br>(A099 962 336)<br>*Defendant* | Case No. 17-387MJ |

9/24/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 23, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Eustaquio Moraga, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 22, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 25, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

# STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 23, 2017, Eustaquio Moraga was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Moraga was examined by ICE Officer O. Flores who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 24, 2017, Moraga was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Moraga was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Eustaquio Moraga to be a citizen of Mexico and a previously deported criminal alien. Moraga was removed from the United States to Mexico at or near Nogales, Arizona, on or about January 22, 2009, pursuant to an

order of removal issued by an immigration judge. There is no record of Moraga in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Moraga's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Eustaquio Moraga was convicted of Possession of Burglary Tools, a felony offense, on October 30, 2008, in the Superior Court of Arizona, Maricopa County. Moraga was sentenced to eighteen (18) months' probation. Moraga's criminal history was matched to him by electronic fingerprint comparison.

5. On September 24, 2017, Eustaquio Moraga was advised of his constitutional rights. Moraga freely and willingly acknowledged his rights and agreed to provide a statement under oath. Moraga stated that his true and complete name is Eustaquio Moraga, and that he is a citizen of Mexico. Moraga declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 23, 2017, Eustaquio Moraga, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Nogales, Arizona, on or about January 22, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge